Filing # 83906994 E-Filed 01/25/2019 12:22:32 PM

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY FLORIDA

CASE NUMBER: 05-2019-DR-011893-XXXX-XX

IN RE: The Marriage of:

**STEPHANIE LEIGHANNE NEWBERRY-ANGELL,**
Petitioner/Wife,

and

**KRISTOPHER WILEY POWELL,**
Respondent/Husband.
_____/

**FINAL JUDGMENT OF
DISSOLUTION OF MARRIAGE**

THIS CAUSE having come before the Court on this 25 day of January, 2019, upon the Petition of the Wife for Dissolution of Marriage. The Petitioner being present and represented by Attorney Darrell Sedgwick; on behalf of Morgan & Barbary, P.A. The Respondent not being present but having been given notice of hearing and having filed his Answer and Waiver of Appearance to same, and the Court having considered the pleadings, the testimony of the Petitioner, the evidence presented and being otherwise fully advised in the premises;

it is, therefore **ORDERED AND ADJUDGED** as follows:

1. **JURISDICTION**: This Court has jurisdiction of the parties and the subject matter of this cause.

2. **RESIDENCY**: Petitioner, STEPHANIE LEIGHANNE NEWBERRY-ANGELL, has been a resident of the State of Florida for more than six (6) months immediately before filing this Petition for Dissolution of Marriage.

3. **GROUNDS:** The marriage between the parties is irretrievably broken and the bonds of marriage between Petitioner and Respondent are hereby dissolved.

4. **STATISTICAL FACTS:** The parties were married February 17th, 2007 in Tavares, Florida, and are presently not living together as Husband and Wife.

5. **MINOR CHILDREN OF MARRIAGE:** There are no minor children born of the parties' marriage, and the Wife is not now pregnant nor are any other children in contemplation between the parties.

6. **MARITAL SETTLEMENT AGREEMENT:** The Petitioner and Respondent entered into a Marital Settlement Agreement, dated January 11, 2019, which addresses and resolves all issues relating to the dissolution of parties' marriage. Said Agreement is hereby ratified, approved, and adopted by the Court and the terms of the Agreement are incorporated into this Final Judgment and the parties are ordered to comply with the terms and provisions thereof.

7. **PARTIES RESIDENCE:** The current residential and mailing addresses of the parties are as follows:

PETITIONER:                Stephanie Leighanne Newberry-Angell
RESIDENTIAL ADDRESS:       2741 Englewood Drive, Melbourne, Florida 32940
MAILING ADDRESS:           Same

RESPONDENT:                Kristopher Wiley Powell
RESIDENTIAL ADDRESS:       5509 110th Avenue N, Apt 204,
                           Pinellas Park, Florida 33782
MAILING ADDRESS:           Same

8. **CONTINUING JURISDICTION:** This Court retains jurisdiction of the subject matter of this cause and the parties hereto for all legal purposes.

It is further **ORDERED** and **ADJUDGED** that within five (5) days from the date of e-service of this Final Judgment, the counsel for the Petitioner shall:

1. Furnish a copy of this Final Judgment to each self-represented party by U.S. mail, first class, postage paid; and,

2. File a certificate signed by counsel that delivery of this Final Judgment has been made as set forth herein.

**DONE AND ORDERED** in Chambers at the Moore Justice Center, in Viera, Brevard County, Florida, on this ~~24~~ 25 day of January, 2019.

THE HONORABLE DAVID E. SILVERMAN
Acting Circuit Judge

cc: Clay D. Morgan, Esquire
Kristopher Wiley Powell, Respondent

STATE OF FLORIDA, COUNTY OF BREVARD
I HEREBY CERTIFY that the foregoing is a true copy of the original filed in this office and may contain redactions as required by law.
SCOTT ELLIS, Clerk of the Circuit Court
Date 5/27/20 By C. Smith